# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                Case No. 14–33200
Chapter 13

Marquea Toney

      Debtor

## ORDER CONFIRMING PLAN

The debtor's plan was filed on November 24, 2014. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated: March 9, 2015

/s/ Dwight H. Williams Jr.
United States Bankruptcy Judge