UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| In re | ) | Bk. No. 14-33200 |
| | ) | |
| MARQUEA TONEY, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

Always Money, by and through its undersigned attorney of record, holds a security interest on the subject property one 1999 Mercedes ML320 VIN# 4JGAB54E7XA109962, and hereby submits the following Response to Debtor's Objection to Claim:

I. **STATEMENT OF FACTS**

1. On or about April 15, 2015, Always Money filed Proof of Claim #17 in the amount of $2,567.58 ("Claim" herein), with an amended claim being filed on February 24, 2016. Always Money respectfully requests judicial notice of the Claim under Rule 201 of the Federal Rules of Evidence. ("Rule 201" herein)

2. On or about March 9, 2015, this Court entered the Order Confirming Plan [Docket 26] ("Confirmation Order" herein) The Confirmation Order does not provide for the claim in any way. Secured Creditor requests judicial notice of the Confirmation Order pursuant to Rule 201.

3. On or about February 22, 2016, the Debtor filed the instant Objection to Claim Number 17 of Always Money ("Objection" herein) seeking to disallow the claim in its entirety.

5. Secured Creditor hereby responds to the Objection as follows:

1

## II. **ARGUMENTS**

THE CLAIM SHOULD BE ALLOWED AS FOLLOWS

- That the Debtor does not recall making the loan is insufficient grounds for disallowance by rule or case law.
- Additionally his failure to properly account for the auto also is insufficient to disallow the claim pursuant to the U.S. Bankruptcy Code.

WHEREFORE, for the foregoing reasons, Secured Creditor respectfully requests that the Objection be overruled and the Claim is allowed and appropriate adjustments made to provide for it in the Debtors Chapter 13 Plan.

Dated: By /s/ Michael E. Bybee
MICHAEL E. BYBEE
2107 5th Avenue North, Suite 200
Birmingham, Alabama 35203-3387
(205) 252-1622

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Response to Debtor's Objection to Claim were served on the following Parties-in-Interest by first class mail, postage pre-paid:

Marquea Toney
3510 Farwood Drive
Montgomery, AL 36109
Debtor

By ECF Electronic notification:

BANKRUPTCY ADMINISTRATION: Bankruptcy Administrator ba@almb.uscourts.gov
ATTORNEY FOR SECURED DEBTOR: Joshua C. Milam jmilam@smclegal.com
INTERESTED PARTY: Curtis C. Reding trustees_office@ch13mdal.com

    /s/ Michael E. Bybee
    MICHAEL E. BYBEE